Certificate Number: 05781-CAN-DE-041325070

Bankruptcy Case Number: 26-51072

05781-CAN-DE-041325070

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2026, at 6:42 o'clock AM PDT, Kimhoang Truong completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: August 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President